1  McGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7




8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:              CASE NO. 2:18-SW-0392 CKD

12 INFORMATION ASSOCIATED WITH                  SEALING ORDER
   TOPDOLLA1237@GMAIL.COM THAT IS
13 STORED AT PREMISES CONTROLLED BY             **UNDER SEAL**
   Google
14

15

16                            **SEALING ORDER**

17    Upon Application of the United States of America and good cause having been shown,

18    IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19 SEALED until further order of this Court.

20
   Dated:  4/23/2018                        _____
21                                          Hon. Carolyn K. Delaney
22                                          U.S. MAGISTRATE JUDGE